## MEIGHAN REALTY CO. v. JEFFERSON.

(Decided November 16, 1916.   73 South. 1001.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

JOHN W. ALTMAN, for appellant.   HAMIL & SAVAGE, for appellee.

Per Curiam.—Dismissed at cost of appellee by agreement.

## MONTEVALLO MINING CO. v. LOCKETT.

(Decided October 2, 1916.   73 South. 1001.)

APPEAL from Shelby County Court.

Heard before Hon. E. S. LYMAN.

WHITAKER & NESBITT, for appellant.   RIDDLE & ELLIS, for appellee.

Per Curiam.—Appeal dismissed by agreement of parties.

## MORGAN v. SOUTH, ET AL.

(Decided January 30, 1917.   73 South. 1001.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

E. W. GODBEY and F. E. ST. JOHN, for appellant. J. B. BROWN, and O. KYLE, for appellees.

Per Curiam.—Appeal dismissed by agreement of parties.

## NOLAN BANK v. COUSINS.

(Decided November 23, 1916.   73 South. 1001.)

APPEAL from Coosa Circuit Court.

Heard before Hon. S. L. BREWER.

JAMES W. STROTHER, for appellants.   FELIX L. SMITH, for appellee.

Per Curiam.—Appeal dismissed by appellant.